UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOLNLYCKE HEALTH CARE US, LLC, *et al.*,

                    Plaintiffs,                    **ORDER**

    -against-                               22 Civ. 3719 (CS)(JCM)


GREENWOOD MARKETING, LLC,

                    Defendant.
-------------------------------------------------------------X

      The Court has received and reviewed the December 30, 2022 confidential letter submitted via e-mail from Brock USA, LLC ("Brock") and Greenwood Marketing, LLC d/b/a Restorative Medical or Spry Therapeutics ("Greenwood") regarding the status of settlement discussions relating to Brock's claims for infringement of U.S. Patent No. 8,171,585 ("the '585 patent"). Brock and Greenwood are directed to continue discussing settlement and provide a further update regarding the status of such discussions by January 31, 2023.

Dated:  January 4, 2023
           White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge