UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOLNLYCKE HEALTH CARE US, LLC, *et al.*,

                              Plaintiffs,              **ORDER**

        -against-                          22 Civ. 3719 (CS) (JCM)

GREENWOOD MARKETING, LLC,

                              Defendant.
-------------------------------------------------------------X

       The Court has received and reviewed the January 31, 2023 confidential letter submitted via e-mail from Brock USA, LLC ("Brock") and Greenwood Marketing, LLC d/b/a Restorative Medical or Spry Therapeutics ("Greenwood") regarding the status of settlement discussions relating to Brock's claims for infringement of U.S. Patent No. 8,171,585. Brock and Greenwood are directed to continue discussing settlement and provide a further update regarding the status of such discussions by February 17, 2023.

Dated:  January 31, 2023
       White Plains, New York

                             **SO ORDERED:**

                             _____
                             JUDITH C. McCARTHY
                             United States Magistrate Judge