UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MÖLNLYCKE HEALTH CARE US, LLC,

                        Plaintiff,

          -against-

GREENWOOD MARKETING, LLC d/b/a
RESTORATIVE MEDICAL or SPRY
THERAPEUTICS,

                        Defendant.
-----------------------------------------------------------------X

**ORDER**

22 Civ. 3719 (CS)(JCM)

      In the parties' February 1, 2024 joint pre-motion letter, Plaintiff Mölnlycke Health Care US, LLC, moved for an order compelling Defendant Greenwood Marketing, LLC, to produce multiple devices for forensic examination. Rather than substantively respond to Plaintiff's arguments, Defendant instead chose to focus on the process leading to Plaintiff's letter motion, as well as their own potential upcoming discovery disputes to be raised in the future. Given the import of this issue, and the invasiveness of Plaintiff's request, the Court will grant Defendant another opportunity to respond to Plaintiff's arguments. Accordingly, the parties are directed as follows:

1. By February 9, 2024, Defendant shall file a substantive response to Plaintiff's letter motion, limited to six (6) single-spaced pages. Defendant's letter shall attach, as exhibits, any affidavits, transcript excerpts or documents it would like the Court to consider in deciding Plaintiff's letter motion.

2. All discovery issues previewed in Defendant's portion of the February 1, 2024 joint letter that require the Court's attention must be fully briefed prior to the February 23, 2024 conference. Therefore, Defendant shall brief them, and Plaintiff shall respond thereto, in

a joint letter, limited to eight (8) single-spaced pages, by February 16, 2024. Plaintiff is reminded that the Court ordered it to begin substantively responding to Defendant's discovery requests over three months ago, at the October 16, 2023 conference. Therefore, if substantial progress is not made by the next conference, the Court will consider imposing more restrictive measures to ensure compliance.

3. Two (2) side-bound courtesy copies of all submissions shall be delivered to chambers as soon as practicable after each filing.

Finally, the telephone conference currently scheduled for February 23, 2024 at 11:30 a.m., has been converted to an in-person discovery dispute conference to be held in Courtroom 421 at 2:30 p.m. on February 23, 2024. Oral argument on all outstanding discovery disputes will be heard at that conference.

Dated:   February 5, 2024
         White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge